**ORDERED this 20th day of August, 2009**

                                                 **/s/ Henley A. Hunter**
                                             **UNITED STATES BANKRUPTCY JUDGE**

___

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA

---

| | | |
|---|---|---|
| Debtor(s): | Razz Electrical Services, LLC | Case No: 09-80493 |
| Plaintiff(s): | Razz Electrical Services, LLC | |
| vs. Defendant(s): | Joseph Chad Lamartiniere<br>Julie Peart Lamartiniere | Adversary No: 09-8026 |

---

### PRELIMINARY PRETRIAL ORDER

**COUNSEL FOR ALL PARTIES ARE HEREBY ORDERED** to confer with opposing counsel, and together prepare in writing and file with the court no less than 24 hours prior to the pretrial conference set on the **13th day of October, 2009 @ 10:00 am, 2nd Floor Courtroom, Alexandria** in this cause, a **JOINT DOCUMENT** captioned **"PRETRIAL STATEMENT"** containing the following:

**FOR PLAINTIFF(S)**

1. A brief statement of the theory of each cause of action.
2. A brief summary of plaintiff's contentions of facts in support of cause(s) of action and the evidence to be relied upon to establish each of the facts contended.

**FOR EACH DEFENDANT & EACH ADDITIONAL PARTY**

1. A brief statement of the theory of your defense(s), interests, causes of action, etc.
2. A brief summary of contentions of facts in support of legal theories, and the evidence to be relied upon to establish each of the facts contended.

Each of the parties will present to opposing counsel at their conference (to be held by counsel prior to the judicial pretrial conference) the matters set out above for incorporation in the joint document.

**FOR ALL PARTIES** - In addition, the joint document is to include the following:

1. A statement to all admitted or uncontested facts.
2. Each party's brief statement of contested facts.
3. Each party's statement of contested legal issues.
4. A list and description of any motions pending or contemplated and any special issues appropriate for determination in advance of trial on the merits.

**ALL OF THE ABOVE IS TO BE INCORPORATED IN ONE DOCUMENT WHICH IS TO BE SIGNED BY ALL ATTORNEYS PRIOR TO THE FILING.**

###

**ORDERED this 20th day of August, 2009**

            **/s/ Henley A. Hunter**
            **UNITED STATES BANKRUPTCY JUDGE**

___

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Debtor(s): | Razz Electrical Services, LLC | Case No: 09-80493 |
| Plaintiff(s): | Razz Electrical Services, LLC | |
| vs.<br>Defendant(s): | Joseph Chad Lamartiniere<br>Julie Peart Lamartiniere | Adversary No: 09-8026 |

## PRELIMINARY PRETRIAL ORDER

**COUNSEL FOR ALL PARTIES ARE HEREBY ORDERED** to confer with opposing counsel, and together prepare in writing and file with the court no less than 24 hours prior to the pretrial conference set on the **13th day of October, 2009 @ 10:00 am, 2nd Floor Courtroom, Alexandria** in this cause, a **JOINT DOCUMENT** captioned **"PRETRIAL STATEMENT"** containing the following:

**FOR PLAINTIFF(S)**

1. A brief statement of the theory of each cause of action.
2. A brief summary of plaintiff's contentions of facts in support of cause(s) of action and the evidence to be relied upon to establish each of the facts contended.

**FOR EACH DEFENDANT & EACH ADDITIONAL PARTY**

1. A brief statement of the theory of your defense(s), interests, causes of action, etc.
2. A brief summary of contentions of facts in support of legal theories, and the evidence to be relied upon to establish each of the facts contended.

Each of the parties will present to opposing counsel at their conference (to be held by counsel prior to the judicial pretrial conference) the matters set out above for incorporation in the joint document.

**FOR ALL PARTIES** - In addition, the joint document is to include the following:

1. A statement to all admitted or uncontested facts.
2. Each party's brief statement of contested facts.
3. Each party's statement of contested legal issues.
4. A list and description of any motions pending or contemplated and any special issues appropriate for determination in advance of trial on the merits.

**ALL OF THE ABOVE IS TO BE INCORPORATED IN ONE DOCUMENT WHICH IS TO BE SIGNED BY ALL ATTORNEYS PRIOR TO THE FILING.**

###

**ORDERED this 20th day of August, 2009**

      **/s/ Henley A. Hunter**
      **UNITED STATES BANKRUPTCY JUDGE**

___

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA

___

| | | |
|---|---|---|
| Debtor(s): | Razz Electrical Services, LLC | Case No: 09-80493 |
| Plaintiff(s): | Razz Electrical Services, LLC | |
| vs. Defendant(s): | Joseph Chad Lamartiniere<br>Julie Peart Lamartiniere | Adversary No: 09-8026 |

___

## PRELIMINARY PRETRIAL ORDER

**COUNSEL FOR ALL PARTIES ARE HEREBY ORDERED** to confer with opposing counsel, and together prepare in writing and file with the court no less than 24 hours prior to the pretrial conference set on the **13th day of October, 2009 @ 10:00 am, 2nd Floor Courtroom, Alexandria** in this cause, a **JOINT DOCUMENT** captioned **"PRETRIAL STATEMENT"** containing the following:

**FOR PLAINTIFF(S)**

1. A brief statement of the theory of each cause of action.
2. A brief summary of plaintiff's contentions of facts in support of cause(s) of action and the evidence to be relied upon to establish each of the facts contended.

**FOR EACH DEFENDANT & EACH ADDITIONAL PARTY**

1. A brief statement of the theory of your defense(s), interests, causes of action, etc.
2. A brief summary of contentions of facts in support of legal theories, and the evidence to be relied upon to establish each of the facts contended.

Each of the parties will present to opposing counsel at their conference (to be held by counsel prior to the judicial pretrial conference) the matters set out above for incorporation in the joint document.

**FOR ALL PARTIES** - In addition, the joint document is to include the following:

1. A statement to all admitted or uncontested facts.
2. Each party's brief statement of contested facts.
3. Each party's statement of contested legal issues.
4. A list and description of any motions pending or contemplated and any special issues appropriate for determination in advance of trial on the merits.

**ALL OF THE ABOVE IS TO BE INCORPORATED IN ONE DOCUMENT WHICH IS TO BE SIGNED BY ALL ATTORNEYS PRIOR TO THE FILING.**

###