# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0536−1 | User: mwelch | Date Created: 8/20/2009 |
| Case: 09−08026 | Form ID: pdf6 | Total: 5 |

**Recipients of Notice of Electronic Filing:**
aty        Thomas R. Willson        rockywillson@bellsouth.net

                              TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| pla | Razz Electrical Services, LLC | 84 H. Strange Road | Lecompte, LA 71346 |
| dft | Joseph Chad Lamartiniere | 268 Cooks Point Drive | Boyce, LA 71409 |
| dft | Julie Peart Lamartiniere | 268 Cooks Point Drive | Boyce, LA 71409 |
| ust | Office of U. S. Trustee | 300 Fannin St., Suite 3196 | Shreveport, LA 71101 |

                              TOTAL: 4