UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: RAZZ ELECTRICAL SERVI CES, L.L.C.                CASE NO: 09BK-80493

                                                         CHAPTER 11

RAZZ ELECTRICAL SERVICES, L.L. C.
                                                         ADVERSARY NO: 09-8026
VERSUS

JOSEPH CHAD LAMARTINIERE and
JULIE PEART LAMARTINIERE

## NOTICE OF HEARING

PLEASE TAKE NOTICE, that a hearing will take place on the Motion to Dismiss Debtor's Claim, filed by Joseph Chad Lamartiniere and julie Peart Lamartiniere, before this Honorable Court on **October 14, 2009 at 9:30 a.m.** in the United States Bankruptcy Court, 300 Jackson Street, 2nd Floor Courtroom, Alexandria, Louisiana. Any objections to said Motion should be filed with the Clerk of the U.S. Bankruptcy Court, with a copy of the said objection being mailed to the undersgiend attorney and the standing Trustee.

Respectfully submitted,

**VILAR & ELLIOTT, LLC**

By  */s/ Charles D. Elliott*
    **Charles D. Elliott**     #22355
    Post Office Box 12730
    Alexandria, LA 71315-2730
    Telephone: (318) 442-9533
    Facsimile: (318) 442-9532
    Email: c.elliott@fvelaw.com

**ATTORNEYS FOR JOSEPH CHAD LAMARTINIERE AND JULIE PEART LAMARTINIERE**

# CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2009, a true and correct copy of the foregoing has been filed electronically with the U.S. Bankruptcy Court, using the CM/ECF system. Notice of this filing will be sent to Thomas R. Willson, rockywillson@bellsouth.net, by operation of the Court's electronic filing system. .

Alexandria, Louisiana on this the 21st day of September 2009.

    /s / *Charles Elliott*
**Charles D. Elliott (#22355)**
VILAR & ELLIOTT, L.L.C.
P.O. Box 12730
Alexandria, LA 71315-2730
Telephone: (318) 442-9533
Facsimile: (318) 442-9532
Email: c.elliott@fvelaw.com

**ATTORNEYS FOR JOSEPH CHAD LAMARTINIERE AND JULIE PEART LAMARTINIERE**