**SO ORDERED.**

**SIGNED June 14, 2011.**



_____
HENLEY A. HUNTER
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 09-80493 |
| RAZZ ELECTRICAL SERVICES, LLC | |
| | |
| TED BRETT BRUNSON | |
| VERSUS | ADVERSARY NO. 09-8026 |
| JOSEPH CHAD LAMARTINIERE | |
| JULIE PEART LAMARTINIERE | |

**ORDER SETTING STATUS CONFERENCE**

     The Chapter 7 Trustee in the related bankruptcy case having been substituted as party-plaintiff in this adversary proceeding;

     **IT IS ORDERED** that the parties appear, through counsel, at a status conference on **June 28, 2011, at 9:30 A.M.**, in the United States Bankruptcy Courtroom, Alexandria, Louisiana.

# # #